UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS GILES,

    Plaintiff,                                    Case No. 14-CV-11553

vs.                                                     HON. MARK A. GOLDSMITH

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER
ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION (DKT. 5)
DATED APRIL 24, 2014, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN
DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (DKT. 2), and
REQUIRING PLAINTIFF TO PAY THE FULL FILING FEE ON OR BEFORE
JUNE 27, 2014**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge David R. Grand, issued on April 24, 2014. In the R&R, the Magistrate Judge recommends that Plaintiff's application to proceed without prepaying fees or costs (Dkt. 2) be denied. R&R (Dkt. 5). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, the Court denies the application to proceed without prepayment of fees or costs (Dkt. 2). Plaintiff shall have until June 27, 2014 to pay the $400.00 filing fee. See Court Fee Schedule, available at http://www.mied.uscourts.gov/Clerk/feeSchedule.cfm (providing that the civil case filing fee is $400.00).

2

SO ORDERED.

Dated:  May 29, 2014                                         s/Mark A. Goldsmith
       Flint, Michigan                                             MARK A. GOLDSMITH
                                                                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2014.

                                                                      s/Deborah J. Goltz
                                                                       DEBORAH J. GOLTZ
                                                                       Case Manager