UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS GILES,

      Plaintiff,                                  Case No. 14-CV-11553

vs.                                        HON. MARK A. GOLDSMITH

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 17, 2014, Plaintiff Dennis Giles filed his complaint (Dkt. 1) and application to proceed without prepayment of fees or costs (Dkt. 2).   Magistrate Judge David R. Grand issued a Report and Recommendation ("R&R") recommending that Plaintiff's application to proceed without prepayment of fees or costs be denied (Dkt. 5).  No objections were filed, and on May 29, 2014, the Court issued an order accepting and adopting the R&R and requiring Plaintiff to pay the full filing fee on or before June 27, 2014 (Dkt. 7).  Subsequently, the Court extended the deadline for Plaintiff to pay the filing fee to August 6, 2014; the Court warned Plaintiff that if he failed to pay the filing fee by this date, "the Court will dismiss the case without prejudice." Order (Dkt. 8).   Plaintiff has not submitted the filing fee, and the deadline to do so has expired. Accordingly, the Court dismisses the case without prejudice.

      SO ORDERED.

Dated:  August 11, 2014                s/Mark A. Goldsmith
      Flint, Michigan                 MARK A. GOLDSMITH
                                 United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 11, 2014.

s/Deborah J. Goltz

DEBORAH J. GOLTZ
Case Manager